AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

COPY

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Adelman, Lynn S. | Eastern District of Wisconsin | 5/8/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 517 E. Wisconsin Ave. Rm. 364 <br> Milwaukee, WI 53202 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 11 A 10: 16
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Adelman_Lynn_S

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/8/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | State of Wisconsin - Pension/Retirement | $19,252.00 |
| 2. 2008 | State of Wisconsin - Deferred Compensation | $12,746.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Georgetown Univ. Law Ctr. | 2/25/08 | Washington DC | Attend Fed. Judiciary Day | Hotel, airfare, ground transport, airport parking |
| 2. American Constitution Soc. | 6/12 to 6/13/2008 | Washington DC | Speak at convention | Hotel, airfare, ground transport, airport parking |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/8/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/8/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Exxon | A | Dividend | K | T | | | | | |
| 2. Nike | A | Dividend | K | T | | | | | |
| 3. Pfizer, Inc. | B | Dividend | K | T | | | | | |
| 4. Royal Dutch Pet. Co. | A | Dividend | J | T | | | | | |
| 5. Nuveen Exempt Trust | B | Interest | | | Redeemed | 4/15 | J | A | |
| 6. Puerto Rico Bd. Bldg. | A | Interest | | | Redeemed | 1/22 | K | A | |
| 7. Treasury Invt. Gr. Rep. Series 18 (IRA) | | None | | | Matured | 8/15 | K | A | |
| 8. Treasury Invt. Gr. Rep. Series 18 (IRA) | | None | | | Matured | 8/15 | J | A | |
| 9. Rental Property - Milwaukee, WI | E | Rent | O | S | | | | | |
| 10. Citizen's Bank of Mukwonago | | None | J | T | | | | | |
| 11. Citizen's Bank of Munkowago | A | Interest | K | T | | | | | |
| 12. Mutual Savings Bank | A | Interest | K | T | | | | | |
| 13. Citizen's Bank of Mukownago | A | Interest | K | T | | | | | |
| 14. Citizen's Bank of Mukownago | | None | J | T | | | | | |
| 15. Mutual Savings Bank | A | Interest | K | T | | | | | |
| 16. Business - plant nursery at residence | | None | J | W | | | | | |
| 17. Wells Fargo Mun. Fund | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/8/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Puerto Rico 4.875% | B | Interest | | | Redeemed | 7/1 | L | A | |
| 19. Puerto Rico 5.0% | A | Interest | | | Redeemed | 7/1 | J | A | |
| 20. Puerto Rico 5.0% | A | Interest | J | T | | | | | |
| 21. Puerto Rico 5.0% | A | Interest | | | Redeemed | 7/1 | K | A | |
| 22. Puerto Rico 5.0% | B | Interest | | | Redeemed | 7/1 | L | A | |
| 23. Eaton Vance Tax MGD | C | Dividend | M | T | Sold (part) | 2008 | K | A | |
| 24. Eaton Vance Mut. FDTR | C | Dividend | N | T | Buy (add'l) | 12/23 | K | | |
| 25. Guam Power Auth. | C | Interest | K | T | | | | | |
| 26. Midcap SPDR | A | Dividend | K | T | | | | | |
| 27. Energizer Holdings | | None | J | T | | | | | |
| 28. Alliance Bernstein Small Cap Value IRA | A | Dividend | K | T | | | | | |
| 29. Fidelity New Insight IRA | A | Dividend | K | T | | | | | |
| 30. Fidelity New Insight Sep IRA | A | Dividend | K | T | | | | | |
| 31. Mutual Discovery Sep IRA | B | Dividend | K | T | | | | | |
| 32. Henderson European Focus Fund HFEBX (formerly HFEDX) (IRA) | C | Dividend | K | T | | | | | |
| 33. Savient Pharma | | None | J | T | | | | | |
| 34. Alliance Int'l Growth AWPAX (formerly AWPBX) | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
Q =Appraisal  R =Cost (Real Estate Only)  S = Assessment  T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/8/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Montana State Brd Hs'g | B | Interest | K | T | | | | | |
| 36. Puerto Rico G/O Comwlth | B | Interest | K | T | | | | | |
| 37. Orange County FL Hs'g Fin. Auth. | B | Interest | K | T | | | | | |
| 38. San Patricio TX Mun. Water Dist. | B | Interest | L | T | | | | | |
| 39. NY State Twy Auth. Hwy | B | Interest | L | T | | | | | |
| 40. Puerto Rico Elec Power Auth. | C | Interest | L | T | | | | | |
| 41. Peoria AZ Impt Dist. | B | Interest | L | T | | | | | |
| 42. Bay County FL Sch. Bd. | B | Interest | K | T | | | | | |
| 43. FL Hs'g Fin. Corp. | C | Interest | K | T | | | | | |
| 44. Pimco Total Return | A | Dividend | K | T | Buy | 8/13 | K | | |
| 45. Transamerica | | None | J | T | Buy | 2/27 | J | | |
| 46. Metropolitan Wash DC | B | Interest | K | T | Buy | 1/25 | K | | |
| 47. Elan Corp. | | None | J | T | Buy | 8/29 | K | | |
| 48. Henderson European Fund | A | Dividend | J | T | | | | | |
| 49. RCB Money Market (x) | A | Interest | L | T | | | | | |
| 50. RCB Money Market | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| . Adelman, Lynn S. | 5/8/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, line 9, rental property, is assessed by the City of Milwaukee at $475,300, with a fair market value of $499,200.

Section VII, line 16, plant nursury at residence, had no income during the reporting period.

Section VII, line 23, had portions sold on 12/22/08, 3/10/08 and 1/2/08.

Section VII, line 32, was erroneously listed as "Henderon" when in fact is "Henderson."

Section VII, line 48, Henderson European Fund, was purchased in 2007 and inadvertently left off of last year's report.

Section VII, line 49, was a non-reportable asset in 2007, as the account balance was $130.

Section VII, lines 49 and 50, are accounts with broker where dividends, proceeds of investments that matured, were redeemed or sold (as disclosed in the individual investment listings in this report) were deposited during the reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 5/8/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544